No. 3477.

(Court of Appeal, Parish of Orleans.)

CEASAR PROLA vs. F. D. MAZZEI AND LOUIS RIVARA.

Appeal from Civil District Court, Division "E."

Charles Louque, for Plaintiff and Appellant.

John G. Robin, for Plaintiff in Rule.

P. A. Ducros, for Petree; A. J. Rossi, for J. V. Roca and C. Stopper; Sol Wolf, for J. Loeffler Co., Ltd.,; Walter Gleason, for Peter Judlin, Appellees; B. K. Miller.

1. Act 180 of 1894, holding the owner personally liable if he fail to obtain security from the contractor is not applicable to contracts for less than $1000.

2. Those who contract with the undertaker take under and not beyond the contract, and have neither a right of action against the owner who has paid him according to law and the terms of the contract, nor a privilege on the building.

DUFOUR, J.   The plaintiff, a sub-contractor, was employed by Mazzei, a contractor, to construct a pavement around the house owned by defendant, and he nows claims a privilege on the property for his work and material.

The work was not included in the original contract, but was under a special, subsequent one for less than $1000.00, hence Act 180 of 1894, holding the owner personally liable if he fail to obtain security from the contractor, is not applicable.

Prola served no attested account, made no demand for payment when he knew that Mazzei was going to be paid, and it is not claimed that any payment was made by anticipation.

It is settled that those who contract with the undertaker take *under* and *not beyond* the contract, and have neither a right of action against the owner who has paid him according to law and

the terms of the contract, nor a privilege on the building.

Hale vs. Wills, 3 An. 507; Kartensdick vs. Lhote, No. 2273 of our docket.

The plaintiff cannot recover. Affirmed.